# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| JAMES ANDERSON, | : | Case No. 1:19-cv-801 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| WILLIAM BARR, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 15)

The Court has reviewed the Report and Recommendation (Doc. 15) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Defendants' Motion to Dismiss (Doc. 9) is **GRANTED** and this matter is hereby **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND